UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSE J. GARCIA, et al., | NO. CIV. 4:12-4504 WBS |
| Plaintiff, | |
| v. | |
| UNITED STATES DISTRICT COURT, et al., | |
| Defendants. | |
| _____/ | |

----oo0oo----

This action has been re-assigned to the undersigned judge. The Court will conduct a case management conference for the purpose of setting deadlines in accordance with Northern District Local Rule 16 and Federal Rule of Civil Procedure 16. At least twenty-one (21) calendar days before the case management conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f).

The case management conference is set for **November 9,**

**2012, at 10:00 a.m. at the United States District Court, Northern District of California, Oakland Division, 1301 Clay Street, Oakland, CA 94612 (courtroom to be determined).** The parties shall submit to the court a Joint Case Management Statement **fourteen (14) calendar days** prior to the hearing date. Pursuant to Local Rule 16-9(a), the Joint Case Management Statement shall address all of the topics set forth in the "Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement," which can be found on the court's website at:
http://www.cand.uscourts.gov/filelibrary/373/Standing%20Order.pdf.

The Joint Case Management Statement shall also include a statement by any nongovernmental corporate party identifying all of its parent and subsidiary corporations and listing any publicly held company that owns 10% or more of the party's stock. If any nongovernmental corporate party has no parent or subsidiary corporations, no publicly held companies owning 10% or more of its stock, and no relationship with any of the above companies, it shall so state in the Joint Status Report. Thereafter, if there is any change in the information, the party shall file and serve a supplemental statement within a reasonable time after such change occurs.

In appropriate cases, and after receiving the parties' Joint Case Management Statement, the court may issue a Case Management (Pretrial Scheduling) Order without requiring a case management conference. Unless the parties have received such an order prior to the case management conference, the parties are required to attend the conference as scheduled.

Upon filing any motion in this case, counsel shall inform the undersigned's courtroom deputy, Karen Kirksey Smith, at KKirkseySmith@caed.uscourts.gov.

DATED: September 13, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE