1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                              ----oo0oo----

12   JOSE J. GARCIA, et al.,              NO. CIV. 4:12-4504 WBS

13             Plaintiff,

14        v.

15   UNITED STATES DISTRICT COURT,
     et al.,
16

17             Defendants.

18   _____/

19                              ----oo0oo----

20             This action has been re-assigned to the undersigned

21   judge.  The Court will conduct a case management conference for

22   the purpose of setting deadlines in accordance with Northern

23   District Local Rule 16 and Federal Rule of Civil Procedure 16.

24   At least twenty-one (21) calendar days before the case management

25   conference is held, the parties shall confer and attempt to agree

26   upon a discovery plan, as required by Federal Rule of Civil

27   Procedure 26(f).

28             The case management conference is set for **November 9,**

                                   1

1  **2012, at 10:00 a.m. at the United States District Court, Northern**

2  **District of California, Oakland Division, 1301 Clay Street,**

3  **Oakland, CA 94612 (courtroom to be determined).**  The parties

4  shall submit to the court a Joint Case Management Statement

5  **fourteen (14) calendar days** prior to the hearing date.  Pursuant

6  to Local Rule 16-9(a), the Joint Case Management Statement shall

7  address all of the topics set forth in the "Standing Order for

8  All Judges of the Northern District of California - Contents of

9  Joint Case Management Statement," which can be found on the

10  court's website at:

11  http://www.cand.uscourts.gov/filelibrary/373/Standing%20Order.pdf.

12       The Joint Case Management Statement shall also include

13  a statement by any nongovernmental corporate party identifying

14  all of its parent and subsidiary corporations and listing any

15  publicly held company that owns 10% or more of the party's stock.

16  If any nongovernmental corporate party has no parent or

17  subsidiary corporations, no publicly held companies owning 10% or

18  more of its stock, and no relationship with any of the above

19  companies, it shall so state in the Joint Status Report.

20  Thereafter, if there is any change in the information, the party

21  shall file and serve a supplemental statement within a reasonable

22  time after such change occurs.

23       In appropriate cases, and after receiving the parties'

24  Joint Case Management Statement, the court may issue a Case

25  Management (Pretrial Scheduling) Order without requiring a case

26  management conference.  Unless the parties have received such an

27  order prior to the case management conference, the parties are

28  required to attend the conference as scheduled.

1          Upon filing any motion in this case, counsel shall

2    inform the undersigned's courtroom deputy, Karen Kirksey Smith,

3    at KKirkseySmith@caed.uscourts.gov.

4    DATED:   September 13, 2012

5

6                          WILLIAM B. SHUBB

7                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28