IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISIONS

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF MULTIJURISDICTION PRACTICE, TANESHA WALLS BLYE, KIMBERLY JANE ALFRIEND, ROBERT WARNER, JOEL D. JOSEPH, DENNIS WIESSNER, JR., RICHARD A. HAKE, DAWN BERTUCCI, | ) ) ) ) ) ) ) ) ) | 3:11–cv–5046–DWM<br><br>ORDER |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CALIFORNIA SUPREME COURT, TANI G. CANTIL-SAKAUYE, Chief Justice, JOYCE L. KENNARD, MARVIN R. BAXTER, KATHRYN M. WERDEGAR, MING W. CHIN, CAROL A. CORRIGAN, GOODWIN LIU, Associate Justices, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| JOSEPH ROBERT GIANNINI, | ) ) | 3:12–cv–4289–DWM |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CHIEF JUDGE JAMES WARE, WILLIAM ALSUP, EDWARD | ) ) ) ) ) | |

1

| | |
|---|---|
| M. CHEN, SUSAN Y. ILLSTON, RICHARD SEEBORG, JEFFREY S. WHITE, SAUNDRA BROWN ARMSTRONG, PHYLLIS J. HAMILTON, CLAUDIA WILKEN, EDWARD J. DAVILLA, LUCY KOH, YVONNE GONZALEZ ROGERS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| JOSE J. GARCIA, MARINNA CALLAWAY, SUZY LEE, JOHN DOE, JANE GI DOE, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| THE CALIFORNIA SUPREME COURT, CALIFORNIA SUPREME COURT, TANI G. CANTIL-SAKAUYE, Chief Justice, JOYCE L. KENNARD, MARVIN R. BAXTER, KATHRYN M. WERDEGAR, MING W. CHIN, CAROL A. CORRIGAN, GOODWIN LIU, Associate Justices, NINTH CIRCUIT JUDICIAL COUNCIL, HON. CHIEF JUDGE ALEX KOZINSKI, HON. SYDNEY R. THOMAS, HON. RAYMOND C. FISHER, HON. RONALD M. GOULD, HON. JOHNNIE B. RAWLINSON, HON. PROCTOR R. HUG, JR., HON. ROGER L. HUNT, HON. ROBERT H. WHALEY, HON. STEPHEN M. McNAMEE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CHIEF JUDGE JAMES WARE, WILLIAM | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

4:12–cv–4504–DWM

2

```
ALSUP, EDWARD M. CHEN, SUSAN Y.   )
 ILLSTON, RICHARD SEEBORG,         )
JEFFREY S. WHITE, SAUNDRA          )
BROWN ARMSTRONG, PHYLLIS J.        )
HAMILTON, CLAUDIA WILKEN,          )
EDWARD J. DAVILLA, LUCY KOH,       )
YVONNE GONZALEZ ROGERS,            )
                                   )
            Defendants.            )
_____)
```

The Honorable Donald W. Molloy has been designated to preside over the above-captioned cases. These cases appear to involve common questions of law or fact. *See* Fed. R. Civ. P. 42(a). Accordingly,

IT IS ORDERED that the parties shall show cause as to whether these three cases should be consolidated under Federal Rule of Civil Procedure 42(a). The parties shall file their responses to this order no later than November 20, 2012. The responses shall comply with Local Rule 7-4 and shall not exceed 10 pages with 14-point proportional font.

Dated this 6th day of November 2012.

Donald W. Molloy, District Judge
United States District Court

3