THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOSE E. GARCIA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA SUPREME COURT, *et al.*,<br><br>Defendants. | CV 12–4504–DWM<br><br><br>ORDER |

  This case is formally related to *Blye v. California Supreme Court*, No. CV 11-5046-DWM, pursuant to Local Rule 3-12. (*See* Doc. 26.) The Amended Complaint in this case mirrors the Second Amended Complaint in *Blye*, which was dismissed with prejudice. *See Blye v. Cal. Sup. Ct.*, No. CV 11-5046-DWM (N.D. Cal. Jan. 21, 2014).

  IT IS ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to this Court's Order dismissing the same claims in the formally related action *Blye v. California Supreme Court*.

  IT IS FURTHER ORDERED that the Clerk of Court shall forthwith notify the parties of this order and close this case.

DATED this 21st day of January, 2014.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT